# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| BERNADETTE BEEKMAN, individually and on behalf of herself and all others similarly situated | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No. 18-521 |
| LORD & TAYLOR, LLC | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lord & Taylor LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ralph N. Sianni, Esq.
Andersen Sleater Sianni LLC
2 Mill Road, Suite 202
Wilmington, DE 19806

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    04/06/2018

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:18-cv-0521-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lord & Taylor LLC
was received by me on *(date)* 04/06/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynanne Gares , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company on *(date)* 04/06/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/06/2018

*Lloyd Brooks*
Server's signature

Lloyd Brooks     Legal Courier
Printed name and title

DLSDiscovery, LLC
824 N Market St, Suite 108
Wilmington, DE 19801
Server's address

Additional information regarding attempted service, etc: